UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. MERY, ) | |
|        Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
|   v. ) | |
| ) | **CASE NO. 7:15-CV-104-FL** |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of Social Security, ) | |
|        Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely objected, and defendant did not respond.

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the court's order entered August 30, 2016, and for the reasons set forth therein, the court adopted the memorandum and recommendations, plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld.

**This Judgment Filed and Entered on August 30, 2016, and Copies To:**

Brian M. Ricci                                                 (via CM/ECF Notice of Electronic Filing)

George G. Davidson                                    (via CM/ECF Notice of Electronic Filing)

DATE:                                      JULIE RICHARDS JOHNSTON, CLERK

August 30, 2016                        (By) /s/ Nicole Briggeman
                                                    Deputy Clerk